```
           UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF WEST VIRGINIA
                   AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                              CRIMINAL ACTION NO. 2:09-00132

**ANGELLA CHEGGE-KRASZESKI**

<u>O R D E R</u>

Counsel for the United States, Susan M. Robinson, Assistant United States Attorney, and counsel for the defendant, Mary Lou Newberger, Federal Public Defender, having advised the court that the hearing scheduled for August 5, 2009, on pre-trial motions need not be conducted for the reason that the parties have apparently resolved the issues arising thereon, it is ORDERED that the hearing on pre-trial motions be, and the same hereby is, continued generally.

The Clerk is directed to forward copies of this order to the defendant, all counsel of record, the United States Probation Department and the United States Marshal.

DATED:  July 30, 2009

_____
John T. Copenhaver, Jr.
United States District Judge