```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                     CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                                    CRIMINAL NO. 2:09-00132

**ANGELLA MUTHONI CHEGGE-KRASZESKI**

## MOTION OF THE UNITED STATES TO SCHEDULE GUILTY PLEA HEARING

Comes now the United States of America, by Susan M. Robinson, Assistant United States Attorney for the Southern District of West Virginia, and respectfully requests the court to set a date, time, and location for a guilty plea hearing to be held with regard to the above-styled case.

Respectfully submitted,

CHARLES T. MILLER
United States Attorney

By:

/s/SUSAN M. ROBINSON
SUSAN M. ROBINSON
Assistant U.S. Attorney
WV Bar No. 5169
Assistant U.S. Attorney
P.O. Box 1713
Charleston, WV 25326
Telephone: (304) 345-2200
Fax: (304) 347-5104
E-mail: susan.robinson3@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "Motion of the United States to Schedule Guilty Plea Hearing" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this the 17th day of November 2009, to:

>Mary Lou Newberger
>Federal Public Defender
>300 Virginia Street
>Charleston, WV  25301

>/s/SUSAN M. ROBINSON
>SUSAN M.  ROBINSON
>Assistant U.S. Attorney
>WV Bar No.  5169
>Assistant U.S. Attorney
>P.O. Box 1713
>Charleston, WV  25326
>Telephone:  (304) 345-2200
>Fax:  (304) 347-5104
>E-mail:  susan.robinson3@usdoj.gov