## District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 12/14/2009                                                                                                    Case Number 2:09-cr-132
Case Style: USA vs. Angella Chegge-Kraszeski
Type of hearing Plea
Before the honorable: 2508-Copenhaver
Court Reporter Barbara Steinke                                                              Courtroom Deputy Kelley Miller
Attorney(s) for the Plaintiff or Government Susan M. Robinson


Attorney(s) for the Defendant(s) Mary Lou Newberger


Law Clerk                                                                                                              Probation Officer Ted Philyaw

### Trial Time



### Non-Trial Time

Plea Hearing


### Court Time

2:11 pm    to 3:45 pm
Total Court Time: 1 Hours 34 Minutes Non-Trial Time/Uncontested Time


### Courtroom Notes

2:00 case set

2:11 - case called - purpose of hearing for defendant to enter plea to the one-count indictment pursuant to plea agreement - defense counsel agrees that is correct

Defendant sworn - gave personal information

Court read parts of and summarized indictment - defendant understands

Court gave elements - defendant understands

Court summarized majority of agreement -
US read Paragraphs 10 through 13 into the record -  defendant understands stipulation of facts and Rule 410 waiver - defendant understands agreement on sentencing guidelines - defendant understands waiver of appeal and collateral attack - defendant understands FOIA waiver

Court explained constitutional rights, maximum penalties, supervised release, additional term, advisory sentencing guidelines, relevant conduct

## District Judge Daybook Entry

Guilty plea received and filed

Defendant gave factual basis

Court finds factual basis, accepts plea and plea agreement and adjudges defendant guilty

Directs PSI - sentencing set for May 11, 2010, at 1:30 pm

Defendant requested bond to which the government states its opposition - court made findings - defendant significant risk to flee - bond denied -defendant remanded

3:45 concluded