```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```



UNITED STATES OF AMERICA

v.                          CRIMINAL ACTION NO. 2:09-00132

ANGELLA MUTHONI CHEGGE-KRASZESKI

## GUILTY PLEA

In the presence of Mary Lou Newberger, my counsel, who has fully explained the charges contained in the indictment against me and, having received a copy of the indictment from the United States Attorney before being called upon to plead, I hereby plead GUILTY to the one-count indictment.

14th December 2009
Date

Angella Muthoni Chegge-Kraszeski

Witness:

Counsel for Defendant