```
UNITED STATES
U. S. DISTRICT COURT
Southern District of West Virginia
Charleston Division

# 00024865 - EB
December 21, 2009


Code    Case #     Qty        Amount

SPECIAL  2:-09-0132            100.00 CK


TOTAL→                         100.00



FROM: ANGELLA CHEGGE KRASZESKI
```