UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.                                      CRIMINAL NO.  2:09-00132

ANGELLA MUTHONI CHEGGE-KRASZESKI

ORDER

Pending is the Motion of the United States of America, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, for authorization to disclose specified grand jury testimony and materials relevant to the above-styled case.  Upon consideration of the Motion, the Court finds that the disclosure of the specified grand jury materials in the above-styled case to the United States Probation Department is necessary as an aid in preparation of the presentence investigation report and directs the United States Attorney to disclose the same to the United States Probation Department.

The Grand Jury information referenced herein is provided subject to the provisions of Rule 6(e), Federal Rules of Criminal Procedure, and shall be used only in the preparation of the presentence investigation report.  Grand Jury testimony and materials shall not be copied or published to any person whose knowledge of the same is not necessary to the preparation of the presentence investigation report.  Upon request, all copies of

Grand Jury material will be returned to the Government or destroyed at the close of the case.

It is ORDERED that the motion in this matter be SEALED.

The Clerk is directed to send a copy of this Order to counsel of record for all parties.

Entered this __22nd__ day of December, 2009.

 

 

JOHN T. COPENHAVER JR.
United States District Judge