```
         UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF WEST VIRGINIA
                 AT CHARLESTON
```

**UNITED STATES OF AMERICA**

**v.**                             CRIMINAL ACTION NO. 2:09-00132

**ANGELLA MUTHONI CHEGGE-KRASZESKI**


<u>O R D E R</u>

On the 14th day of December, 2009, the United States of America appeared by Susan M. Robinson, Assistant United States Attorney, and the defendant appeared in person and by Mary Lou Newberger, Assistant Federal Public Defender, her counsel.

Counsel for the United States presented to the court and read into the record a plea agreement between the United States and the defendant, which plea agreement is ORDERED filed.

The defendant informed the court that she wished to withdraw her plea of NOT GUILTY to the one-count indictment in this action and enter the plea of guilty to that count.  After the court explained to her the charge contained in the one-count indictment, the defendant withdrew her plea of NOT GUILTY and entered the plea of GUILTY as charged therein.

Before accepting the plea, the court personally addressed the defendant pursuant to Rule 11, Federal Rules of Criminal Procedure, and informed the defendant of the nature of the charge contained in the one-count indictment, the elements of the offense and the rights to which the defendant is entitled.

The court being satisfied from the admissions of the defendant that a factual basis exists for the plea, and further that the plea was made voluntarily and that the defendant understands the nature of the charge, the elements of the offense, the mandatory minimum penalty, if any, and the maximum possible penalty provided by law for the offense to which the plea is offered, defendant's plea is hereby accepted and the written plea of guilty executed by the defendant in the presence of the court is ORDERED filed.

Accordingly, IT IS ADJUDGED that the defendant, upon her plea of GUILTY, is hereby found guilty and convicted of one violation of Title 18, United States Code, Section 1956(h), as charged in the one-count indictment.

The court advised the defendant that it accepted the plea agreement, having found that the agreement protects the rights of the defendant and is in the best interests of justice.

It is ORDERED that the Probation Department of this court shall conduct a presentence investigation of the defendant and disclose the presentence report to the defendant and to counsel by March 30, 2010; counsel shall communicate to the Probation Department by April 13, 2010, any objections to the presentence report; the presentence report, together with an addendum setting forth any unresolved objections, shall be submitted to the court by April 27, 2010; and the defendant shall appear before the court for sentencing at 1:30 p.m. on May 11, 2010.  Unless otherwise ordered, the probation officer is directed not to disclose the probation officer's sentencing recommendation except to the court.

The defendant was remanded to the custody of the United States Marshal pending sentence.

The Clerk is directed to forward copies of this order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: December 31, 2009

_____
John T. Copenhaver, Jr.
United States District Judge