```
         UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF WEST VIRGINIA
                 CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                                           CRIMINAL NO.  2:09-00132

**ANGELLA MUTHONI CHEGGE-KRASZESKI**

<u>**UNITED STATES MOTION TO CONTINUE SENTENCING**</u>

Comes now the United States of America, by Susan M. Robinson Assistant United States Attorney for the Southern District of West Virginia, and respectfully requests the court to continue the sentencing hearing scheduled for May 11, 2010 in the above-styled case.

1.  Ms. Chegge-Kraszeski is expected to testify pursuant to the terms of her plea agreement in the trial <u>United States v. Michael M. Ochenge, et al.</u>, Criminal No. 2:09-00251 presently scheduled for May 24, 2010.

2.  By continuing Ms. Chegge-Kraszeski's sentencing, the United States will be able to provide complete disclosure to the Court regarding her assistance and thus, the Court can be in a position to understand the full scope and nature of Ms. Chegge-Kraszeski's assistance to the United States.

3.  Ms. Chegge-Kraszeski's counsel has no objection to the continuance.

WHEREFORE, the United States moves to continue the sentencing hearing set for May 11, 2010 in the above-referenced matter for a period of not less than 45 days.

                                Respectfully submitted,

                                CHARLES T. MILLER
                                United States Attorney

By:
                                /s/SUSAN M. ROBINSON
                                SUSAN M.  ROBINSON
                                Assistant U.S. Attorney
                                WV Bar No.  5169
                                Assistant U.S. Attorney
                                P.O. Box 1713
                                Charleston, WV  25326
                                Telephone:  (304) 345-2200
                                Fax:  (304) 347-5706
                                E-mail:  susan.robinson3@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "UNITED STATES MOTION TO CONTINUE SENTENCING" has been electronically filed and service was made via such filing on the 29th day of April, 2010:

    Mary Lou Newberger
    Federal Public Defender
    300 Virginia Street, East
    Charleston, WV  25301

    s/ Susan M. Robinson
    SUSAN M. ROBINSON
    WV Bar No.  5169
    Assistant U.S. Attorney
    P.O. Box 1713
    Charleston, WV  25326
    Telephone:  (304) 345-2200
    Fax:  (304) 347-5707
    E-mail:  susan.robinson3@usdoj.gov