## District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 8/19/2010                                                                 Case Number 2:09-cr-132
Case Style: USA vs. Angella Chegge-Kraszeski
Type of hearing Sentencing
Before the honorable: 2508-Copenhaver
Court Reporter Barbara Steinke                                                  Courtroom Deputy Kelley Miller
Attorney(s) for the Plaintiff or Government Susan M. Robinson

Attorney(s) for the Defendant(s) Mary Lou Newberger

Law Clerk                                                                       Probation Officer Alex Alvarez

### Trial Time

### Non-Trial Time

### Court Time

6:32 pm   to 6:51 pm
Total Court Time: 0 Hours 19 Minutes Non-Trial Time/Uncontested Time

### Courtroom Notes

3:00 case set

6:32 - case called - defendant sworn

Court noted it will not sentence the defendant today

Defense counsel over PSR with defendant thoroughly and she understands - defendant read PSR, went over with attorney, he explained, understands everything

No objections

Defense counsel noted corrections to various paragraphs - the court directed that the PSR be amended in accordance with those corrections

Parties agree TOL 26 + I = 63-78 months prior to motion for substantial assistance

Court continued the hearing to 11:00 a.m. on August 31

6:51 concluded

District Judge Daybook Entry